IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

        Plaintiff,                     No. CIV S-05-0337 FCD GGH P

    vs.

J. WOODFORD, et al.,

        Defendants.              ORDER

_____/

        By an order filed March 29, 2005, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. On April 13, 2005, the court granted plaintiff a thirty day extension of time to comply with the March 29, 2005, order. The thirty day period has now expired, and plaintiff has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

        On June 2, 2005, plaintiff filed an amended complaint. Because plaintiff appears interested in prosecuting this action, he is ordered to show cause why this action should not be dismissed for his failure to file an in forma pauperis affidavit or to pay the filing fee.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order plaintiff shall show cause why this action should not be dismissed for his failure to file

1

an in forma pauperis affidavit or pay the filing fee; within that time, plaintiff shall either file his affidavit or pay the filing fee; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED: 6/30/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
gil337.fifp