IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

        Plaintiff,                      No. CIV S-05-0337 FCD GGH P

    vs.

J. WOODFORD, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On June 30, 2005, the court ordered plaintiff to show cause for his failure to either pay the filing fee or file an in forma pauperis application. On July 11, 2005, plaintiff filed a response to the order to show cause. Plaintiff states that he paid the filing fee. Court records indicate that on April 25, 2005, plaintiff paid $150.

        The filing fee is now $250. 28 U.S.C. § 1914(a). Plaintiff may either pay the $100 owed toward the filing fee or file an in forma pauperis application and have the $150 paid go toward an initial filing fee.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
2  this order plaintiff shall either pay the remaining balance of the filing fee ($100) or file an in
3  forma pauperis application.
4  DATED: 8/5/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
gil337.ord