IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

    Plaintiff,                       No. CIV S-05-0337 FCD GGH P

    vs.

J. WOODFORD, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee. Accordingly, on September 2, 2005, the court ordered plaintiff to serve defendants with process within sixty days.

        On October 19, 2005, plaintiff filed a motion requesting that the U.S. Marshal effect service. The U.S. Marshal is only authorized to effect service in actions when the plaintiff is proceeding in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted thirty days from the date of this order to file an application to proceed in forma pauperis; if the court grants this request, it will direct the U.S. Marshal to serve defendants; if plaintiff does not comply with this order, he will be obligated to effect service himself;

1

2. The Clerk of the Court is directed to send plaintiff an application to proceed in forma pauperis by a prisoner.

DATED:   11/22/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
gil337.mot