IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GILMAN,

    Plaintiff,                     No. CIV S-05-0337 FCD GGH P

    vs.

J. WOODFORD, et al.,

    Defendants.             <u>ORDER</u>

                             /

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee. However, on November 22, 2005, the court ordered that it would consider an application for in forma pauperis status by plaintiff.

        On November 18, 2005, plaintiff filed a pleading requesting that the court issue subpoenas so that he may obtain medical records from prison officials. Before the court will issue these subpoenas, plaintiff must demonstrate that he is able to pay the service fee for the subpoenas. See <u>Tedder v. Odell</u>, 890 F.2d 210, 211-212 (9th Cir. 1989) (finding no statutory authority allowing district courts to waive, in in forma pauperis actions, the payment of witness fees). Accordingly, the request for subpoenas is denied.[1]

---

[1] Following service of defendants, plaintiff may conduct discovery in order to obtain records.

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's November 18, 2005,
2   request for subpoenas is denied.
3   DATED: 12/7/05

5   /s/ Gregory G. Hollows
6   GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE
7   GGH:kj:
    gil337.sub