IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

        Plaintiff,                      No. CIV S-05-0337 FCD GGH P

    vs.

J. WOODFORD, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve his objections to the April 20, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 4, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve his objections to the April 20, 2006 findings and recommendations.

DATED: 5/10/06

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
gilm0337.36