IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

    Plaintiff,                    No. CIV S-05-0337 FCD GGH P

    vs.

J. WOODFORD, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 20, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On May 11, 2006, plaintiff was granted an extension of time to file his objections. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire

/////

1

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3       On May 18, 2006, plaintiff filed a motion to compel.  Because defendants' motion
4  to dismiss is granted, the motion to compel is denied.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1. The findings and recommendations filed April 20, 2006, are adopted in full;
7       2. Defendants' December 15, 2005, motion to dismiss is granted with respect to
8  defendant Liu on grounds that plaintiff failed to exhaust his administrative remedies with respect
9  to this defendant;
10      3. Defendants' December 15, 2005, motion to dismiss is granted with respect to
11 the remaining defendants based on plaintiff's failure to state a colorable claim;
12      4. Plaintiff's state law claims are dismissed;
13      5. Plaintiff's May 18, 2006, motion to compel is denied.
14 DATED:June 13, 2006

          /s/ Frank C. Damrell Jr.
          FRANK C. DAMRELL JR.
          United States District Judge